United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7  VICTORIA BELLONE, et al.,              Case No. 21-cv-09617-HSG
8              Plaintiffs,                **SCHEDULING ORDER**
9         v.
10 FIRST TRANSIT, INC.,
11             Defendant.
12
13    A case management conference was held on March 12, 2024.  Having considered the parties' proposals, *see* Dkt. No. 37, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Initial Expert Disclosure | August 2, 2024 |
| Rebuttal Expert Disclosure | August 30, 2024 |
| All Discovery Cutoff | October 4, 2024 |
| Dispositive Motion Hearing Deadline | November 7, 2024, at 2:00 p.m. |
| Pretrial Conference | February 4, 2025, at 3:00 p.m. |
| Jury Trial (4 days) | February 24, 2025, at 8:30 a.m. |

//
//
//
//

    These dates may only be altered by order of the Court and only upon a showing of good

cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/16/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge