**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VICTORIA BELLONE and SUSAN MARIE STEWART, individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>FIRST TRANSIT, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 4:21-cv-09617-HSG<br><br>Assigned for all purposes to:<br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER DISMISSING CLASS ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDUAL CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 16, 2021<br>Removed:          December 16, 2021<br>Trial:                  February 24, 2025 |

ORDER GRANTING VOLUNTARY DIMISSAL

The Court having reviewed the Parties' Stipulation for Voluntary Dismissal of the Class Allegations without Prejudice and Individual Claims with Prejudice, and good cause appearing therefore:

IT IS HEREBY ORDERED that the action is dismissed in its entirety, the class allegations without prejudice and the individual claims with prejudice. Each party is to bear its own costs in this matter and neither party shall be deemed the prevailing party.

Dated:  7/24/2024

By: _____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge